UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, et al.,<br><br>  Plaintiffs<br><br>  v.<br><br>World Wide Exhibits, Inc.,<br><br>  Defendant | Case No. 2:23-cv-01469-CDS-DJA<br><br>**Ordering Plaintiffs to Move for Default Judgment or Show Cause** |

      Plaintiffs Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and Board of Trustees of the Teamsters Convention Industry Training Fund brought this Employee Retirement Income Security Act ("E.R.I.S.A.") action against defendant World Wide Exhibits, Inc. in September of 2023. Compl., ECF No. 1. Plaintiffs served World Wide Exhibits with the summons and complaint on December 8, 2023—making World Wide Exhibits' answer due on December 29, 2023. ECF No. No. 5. Six months later, World Wide Exhibits has neither filed an answer to the complaint nor has otherwise appeared. Therefore, plaintiffs requested an entry of default (ECF No. 7) and the Clerk of Court entered default against World Wide Exhibits on May 10, 2024 (Default, ECF No. 10), yet plaintiffs have not moved for default judgment against World Wide Exhibits.

      **Consequently, plaintiffs are hereby ordered to move for default judgment against World Wide Exhibits or show cause why they are not doing so by July 3, 2024.** Plaintiffs are reminded to ensure that any motion for default judgment complies with Fed. R. Civ. P. 55 and addresses the seven factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). Failure to do so by the deadline may result in the dismissal of the action under Fed. R. Civ. P. 41(b).

      Dated: June 12, 2024

                                                        _____
                                                         Cristina D. Silva
                                                        United States District Judge