AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada et al.,

               Plaintiffs,

  v.

World Wide Exhibits, Inc.,

               Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01469-CDS-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

DEFAULT JUDGMENT is entered in favor of Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and Board of Trustees of the Teamsters Convention Industry Training Fund and against defendant World Wide Exhibits, Inc. for delinquent employee benefit contributions ($674,973), liquidated damages ($586,846.39), interest ($586,846.39), audit fees ($550) and attorneys' fees ($18,786.50) for a total of $1,868,002.28. Post-judgment interest shall be set at 18%, in accordance with the Trust Funds' Collection Policies and Procedures. Case closed.

07/22/24  
Date

DEBRA K. KEMPI  
Clerk

/s/ R. Gador  
Deputy Clerk