# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, et al., <br><br> Plaintiffs <br><br> v. <br><br> World Wide Exhibits, Inc., <br><br> Defendant | Case No. 2:23-cv-01469-CDS-DJA <br><br> **Order Striking "Emergency" from Defendant's Motion to Set Aside** |

Defendant World Wide Exhibits, Inc. filed an emergency motion to set aside default judgment. ECF No. 15. However, the emergency motion does not comply with this district's local rules. *See* LR 7-4 (requiring that an emergency motion be accompanied with a declaration setting forth the "nature of the emergency"). Because the movant does not explain the nature of the emergency, I direct the Clerk of Court to **strike** "emergency" from the docket of the motion to set aside default judgment at ECF No. 15 and will consider and resolve this motion in the normal course. World Wide Exhibits is cautioned that failure to comply with the local rules may result in sanctions, including but not limited to, striking filings.

Dated: March 4, 2025

_____
Cristina D. Silva
United States District Judge